IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION



FILED
2/24/2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
LK

| GOMEZ<br><br>v<br><br>SMOLLETT et al | Case No.   21cv6614<br><br>Honorable Judge Ronald A Guzman |
|---|---|

# APPELLANT-DEFENDANT GOMEZ NOTICE OF FILING
of Appellate Motion and
Intent to Seek Post-Judgment Relief Below

Now Comes GOMEZ, and attaches a file stamped copy of the extant Appellate Motion in Appeal USCA7 22-1200 for the Record and notice to this Court.

*Submitted By:* s/ Felipe Gomez,        Dated: **2.24.22**

### CERTIFICATE OF FILING AND SERVICE

I hereby certify that on 2.24.22 the foregoing Notice of Filing, and attached Motion was filed with the Clerk of Court for the United States District Court N.D. Illinois, by the Temporary Drop Box for CM/ECF system, and all appearing parties were served with notice hereof thereby.

Respectfully submitted on 2.24.22
s/ Felipe Nery Gomez
Felipe Gomez, Pro Se

FELIPE GOMEZ, PRO SE
1922 W. BELMONT
CHICAGO IL 60657
312.509.2071
T312.509.2071@GMAIL.COM

# ATTACHMENT A

## Gomez Motion For Stay or FRAP 42

**Nos. 22-1200**

---

# In the
# United States Court of Appeals
## for the Seventh Circuit

---

**FELIPE NERY GOMEZ**
Appellant

**v.**

**JUSSIE SMOLLETT et al**
Appellees

**21cv6614**

_____

Appeal from the United States District Court

for the Northern District of Illinois, Eastern Division, No. 21cv6614

The Honorable Ronald A. Guzman, Judge Presiding.

_____

**APPELLANT'S MOTION FOR STAY OR FOR VOLUNTARY FRAP 42 DISMISSAL WITHOUT PREJUDICE, WITH LEAVE TO REINSTATE**

Felipe Gomez, Pro Se
1922 W. Belmont Ave 1f
Chicago, IL 60657
312.509.2071
t312.509.2071@gmail.com
2.24.22

22-1200

# APPELLANT'S MOTION FOR STAY OR FOR VOLUNTARY FRAP 42 DISMISSAL WITHOUT PREJUDICE, WITH LEAVE TO REINSTATE

Defendant-Appellant Felipe N. Gomez ("Gomez"), intending to file a post judgement motion for the trial court to reconsider the dismissal without leave to attempt an amendment, and to allow an attempt to amend to add the direct injury more clearly, hereby respectfully MOVES this Court either stay this Appeal pending the subsequent motion and amended notice of appeal, or grant a FRAP 42 dismissal without prejudice to the filing of an appeal as to any subsequent order by His Honor below.

Gomez also reports that he is unable to e-submit the required $500 docketing fee, due to the trial court dismissing the matter, meaning the fee would have to be mailed in old fashioned way, brooking in part the election ask the trial court to consider the injury not present or at issue *in Illinois Ex Rel Ryan v 227 F.3d 1042* (CA7 2000)(No standing where it is only the citizen's tax dollar that was stolen due to dishonest co-conspirators).

Gomez's unique injury is in fact racially based : Appellant is, like Smollett and the Brothers and Foxx, a minority, whose right and ability to advance legitimate minority interests was and is directly diluted and obstructed by the Defendants' false race-baiting claims, and Foxx's assistance with the failed cover up, casting an unconstitutional chill and shadow as to those bringing legitimate claims, and thus violating Appellant's Constitutional Rights as a minority, as will be enumerated in the motion below intended in part to flesh out the record and the trial court's rather perfunctory order.

WHEREFORE, in the interests of development of the record below, and possible mooting of this Appeal, as well as due to the complication as to paying the docketing fee, Appellant moves for stay or FRAP 42 dismissal without prejudice.

2

Respectfully submitted on 2.24.22 By: *s/ Felipe Nery Gomez*

Felipe Nery Gomez, Pro Se

## CERTIFICATE OF SERVICE

  I hereby certify that on 2.24.22, an electronic copy of the foregoing Motion was filed with the Clerk of Court for the United States Court of Appeals for the Seventh Circuit using the appellate CM/ECF system, and service will be accomplished on all parties by the appellate CM/ECF system.

Respectfully submitted on 2.24.22

*s/ Felipe Nery Gomez*

Felipe Gomez, Pro Se

3